UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARKHAM,<br><br>   Plaintiff,<br><br> v.<br><br>I.C. SYSTEMS, INC.,<br><br>   Defendant. | Case No. 21-cv-05526-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 20 |

Plaintiff Maria Markham has filed a notice of settlement. ECF No. 20. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

**IT IS SO ORDERED**.

Dated: December 9, 2021

                     _____
                     JON S. TIGAR
                     United States District Judge